**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jlee@maclaw.com
   *Attorneys for NCSO*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CARNS,<br><br>                     Plaintiff,<br><br>vs.<br><br>NYE COUNTY, NEVADA, a political subdivision of the State of Nevada; NYE COUNTY SHERIFF'S OFFICE, a political subdivision of the State of Nevada; SHERIFF SHARON WEHRLY; DEPUTY JOSEPH MCGILL; DETECTIVE TOM KLENCZAR and DOES 1-10,<br><br>                     Defendants. | Case No.:   2:17-cv-01738-JCM-VCF |

## STIPULATION TO DISMISS WITH PREJUDICE NYE COUNTY SHERIFF OFFICE

Defendant Nye County Sheriff's Office ("NCSO"), by and through its attorneys of record, Craig R. Anderson, Esq. and Jonathan B. Lee, Esq., with the law firm of Marquis Aurbach Coffing; and Plaintiff William Carns, by and through his attorney of record, Thomas Gibson, Esq., with Gibson Law Group, hereby stipulate as follows:

    1.     NCSO is dismissed from this action with prejudice;

    2.     Nye County Sheriff Office's Motion to Dismiss Plaintiff's Complaint ("Motion") [ECF. No 4], filed on June 26, 2017 is denied as moot; and

    3.     Each party shall bear their own attorneys fees and costs, as they relate to the Motion.

APPROVED AS TO FORM AND CONTENT this 30th day of June, 2017.

**MARQUIS AURBACH COFFING**  **GIBSON LAW GROUP**

By: /s/ Jonathan B. Lee
  Craig R. Anderson, Esq.
  Nevada Bar No. 6882
  Jonathan B. Lee, Esq.
  Nevada Bar No. 13524
  10001 Park Run Drive
  Las Vegas, Nevada 89145
  *Attorneys for Defendants*

By: /s/ Thomas J. Gibson
  Thomas J. Gibson, Esq.
  Nevada Bar No. 3995
  2340 East Calvada Blvd., Suite 5
  Pahrump, Nevada 89048
  *Attorney for Plaintiff*

## ORDER

IT IS SO ORDERED July 6, 2017.

_____
United States District Court Judge